```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10985
   VICTOR H RODRIGUEZ
   SHERYL L RODRIGUEZ                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-9583    SSN XXX-XX-4377
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/05/06 and confirmed on 11/03/06.

2. The case was converted to Chapter 7 after confirmation, 10/10/2007.

3. The Debtor paid a total of $ 4055.78 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 5404.14 | 225.62 | 1044.01 |
| LASALLE BANK NA | SECURED | 4746.49 | 205.42 | 911.12 |
| WESTGATE RESORTS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2720.98 | .00 | .00 |
| B LINE LLC | UNSECURED | 1405.44 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1051.40 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 200.00 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 991.02 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RPM COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| RESURRECTION HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | SECURED | 300.15 | 9.81 | 252.50 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| THOREK HOSPITAL & MED CT | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
TRS RECOVERY SERVICES      UNSECURED      NOT FILED              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         408.55              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         457.93              .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         221.27              .00            .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 10450.78           .00      7456.59           .00      17907.37
PRINCIPAL PAID      2207.63           .00           .00          .00       2207.63
INTEREST PAID        440.85           .00           .00          .00        440.85
TOTAL PAID          2648.48           .00           .00          .00       2648.48
```

The Debtor's attorney, DAVID M SIEGEL               , was allowed $    3000.00
and was paid $     376.00   direct and $    1259.72  through the plan.

The Trustee received $      147.58 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/14/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE